UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA HALL, | ) | CIVIL NO. 3:23-CV-842 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| ELIZABETH A. ROYERS *et al.*, | ) | |
| Defendants | ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) Plaintiff's Motion for Summary Judgment (Doc. 21) is deemed WITHDRAWN for failure to file a brief in support.

(2) Defendants' Motion to Dismiss (Doc. 13) is GRANTED and this case is DISMISSED WITH PREJUDICE.

(3) The Clerk of Court is instructed to mark this case as CLOSED.

Date: November 17, 2023                BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge